Court of Kings county unanimously affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

Sam Kaufman, Appellant, v. William H. Wade, Respondent.— Order reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The mistake which it is sought to plead was not mutual and would, therefore, afford no ground for reformation of the contract. The mistake, even if mutual, would only afford ground for having the contract reformed. (*Syenite Trap Rock Co. v. Williams*, 167 App. Div. 774.) The plaintiff was entitled to the bargain which he had made. The rights of the parties became fixed when the conveyance was delivered and the plaintiff was entitled to recover the value of the use of the premises during the time he is deprived of them. (*Curtis v. Albee*, 167 N. Y. 360; *Stettheimer v. Killip*, 75 id. 282, 287; *Whittemore v. Farrington*, 76 id. 452; *Wilson v. Deen*, 74 id. 531, 536.) Kelly, P. J., Jaycox, Young and Kapper, JJ., concur.

Margaret E. Knudson, Appellant, v. Bernard Ratkowsky, Respondent, Impleaded with Others, Defendants.— Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements. We think the deed to Abram Ratkowsky, who was the secretary and treasurer of the East Nineteenth Street Realty Company, signed and acknowledged by him on behalf of the corporation, renders the title unmarketable. (Civ. Prac. Act, § 384, subd. 4.) Kelly, P. J., Jaycox, Young and Kapper, JJ., concur.

David Lite, Respondent, v. Ada Lite, Appellant.— Interlocutory judgment reversed upon the law and the facts, and a new trial granted, with costs to abide the event. The 4th finding of fact is reversed as contrary to the weight of the evidence. No opinion. Kelly; P. J., Jaycox, Kelby, Young and Kapper, JJ., concur.

David Lite, Respondent, v. Ada Lite, Appellant.— Order denying motion for counsel fee reversed on the law and the facts, with $10 costs and disbursements, and motion granted. Counsel fee of $250 allowed. No opinion. Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ., concur.

Albert W. Semler, Jr., as Administrator, etc., of John T. Morris, Deceased, and as General Guardian, etc., Respondent, v. Walter Watson, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ., concur.

Abram B. Smart, Respondent, v. Merchants Mutual Automobile Liability Insurance Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

Mary Gertrude Toomey, Respondent, v. Thomas Henry Toomey, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

Nettie F. Valentine and Others, Appellants, v. The Fire Island Beach Development Company, Respondent.— Judgment affirmed, with costs. No opinion. Kelly, P. J., Kelby and Young, JJ., concur; Jaycox and Kapper, JJ., dissent.

The Village of Cornwall, Respondent, v. The Great Atlantic and Pacific Tea Company, Appellant.— Appeal dismissed, with ten dollars costs and disbursements, upon the ground that the order of the county judge of Orange county,